DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 10303
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
E-Mail: Darrell.Dennis@lewisbrisbois.com
E-Mail: Steven.Abbott@lewisbrisbois.com
*Attorneys for Defendants JOHN FINNEGAN
And TRULY NOLEN OF AMERICA, INC.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALEKSANDRE GOGYAN, Individually;<br><br>    Plaintiff,<br><br>    vs.<br><br>JOHN FINNEGAN, TRULY NOLEN OF AMERICA, INC.; and DOES 1 through 100: and ROE CORPORATIONS 101 through 200.<br><br>    Defendants. | CASE NO.<br><br>**PETITION FOR REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (DIVERSITY)** |

**PETITION FOR REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (DIVERSITY)**

Pursuant to 28 U.S.C. § 1441(b), Defendant JOHN FINNEGAN and Defendant TRULY NOLEN OF AMERICA, INC. (hereinafter referred to as "Defendants"), by and through its counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, files this Petition for Removal of Clark County District Court Case No. A-17-761708-C styled *Aleksandre Gogyan, Plaintiff vs. John Finnegan, Truly Nolen of America, Inc. Defendant(s)* and states as follows:

1. On May 2, 2022, Plaintiff ALEKSANDRE GOGYAN ("Plaintiff") commenced an action in the Eighth Judicial District Court, Clark County, State of Nevada, entitled *Aleksandre Gogyan, Plaintiff vs. John Finnegan, Truly Nolen of America, Inc. Defendant(s)*



4862-8670-3393.1

1. Case No. A-22-850890-C. Copies of the Complaint and Summons are attached and marked respectively as *Exhibits "A"* and *"B,"* constituting all of the pleadings served on Defendants. Defendant TRULY NOLEN OF AMERICA, INC. was served on May 4, 2022. There are no other defendants in this matter.

2. This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

3. Plaintiff ALEKSANDRE GOGYAN is a citizen of the state of Nevada; Defendant TRULY NOLEN OF AMERICA, INC. is a corporation organized under the laws of Arizona with its principal place of business including its corporate headquarters located in Arizona. Defendant JOHN FINNEGAN is a citizen of the State of Florida. Thus, Plaintiff and Defendants are citizens of different states and diversity jurisdiction is appropriate.

4. Venue is appropriate in the unofficial Southern District of the District of Nevada pursuant to 28 U.S.C. § 1441 (a) and LR IA 1-6.

5. The matter in controversy exceeds the sum of $75,000. Plaintiff asserted in his Complaint that he is entitled to general damages in excess of $15,000; special damages in excess of $15,000; property damages, rental car fees, towing fees, attorneys' fees incurred by Plaintiff in bringing his claims; and for interest and costs incurred by the Plaintiff in bringing his claims. Upon information and belief, Plaintiff is claiming severe injuries as a result of the motor vehicle accident, including pain to his neck, back, shoulder, head, and disorientation. Plaintiff alleges he has been rendered sick and lame as a result of the accident in his complaint. Consequently, given the extent of Plaintiff's claimed damages, Plaintiff is likely to ask a jury for more than the $75,000 jurisdictional threshold.

6. A defendant's duty is not to prove by a preponderance of the evidence that the plaintiffs are likely to recover an amount in excess of the threshold. Rather, the jurisdictional minimum in diversity cases is determined by the amount at stake to either

party. *Hamrick v. REO Props. Corp.*, 2010 U.S. Dist. LEXIS 85073 (Nev. 2010). In other words, the amount in controversy is satisfied when the plaintiff's potential gain exceeds the jurisdictional limit. *Id*. The pertinent question the Court is to ask is whether or not plaintiff is likely to ask a jury for an amount above $75,000. *Canonico v. Seals*, 2013 U.S. Dist. LEXIS 60047 (Nev. 2013). As such, the appropriate figure to use in determining whether Defendants have presented adequate evidence to establish the amount in controversy is not the probable amount that Plaintiff will recover, but rather the total potential value of Plaintiff's claims, considering all of the allegations and all the asserted damages. If Defendants can show by a preponderance of evidence that: (1) Plaintiff is likely to ask from the jury an amount over the jurisdictional threshold, or (2) were a jury to award Plaintiff full recovery that award would be over the jurisdiction threshold, then jurisdiction with the Federal Court should remain. As such, it is apparent from the alleged damages that the amount in controversy is in excess of $75,000, exclusive of interest and costs, and that Defendants have satisfied the jurisdictional threshold.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7. Based on the foregoing, Defendants respectfully submits that (a) there is diversity of citizenship between Plaintiff and Defendants, and (b) the amount in controversy exceeds $75,000. This action is, therefore, properly removed to the United States District Court for the unofficial Southern District of Nevada.

DATED this 23rd day of May, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By    /s/ Steven Abbott
DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 10303
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383

*Attorneys for Defendants*
*TRULY NOLEN OF AMERICA, INC. and JOHN FINNEGAN*

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2022, a true and correct copy of **PETITION FOR REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (DIVERSITY)** was served by electronically filing with the Clerk of the Court using the Court's Electronic Service system and serving all parties with an email-address on record, who have agreed to receive Electronic Service in this action.

Alexander McTarian
Nevada Bar No. 14404
Jamie Corcoran
Nevada Bar no. 11790
NEVADA LEGAL GROUP
3225 S. Rainbow, Suite 204
Las Vegas, NV 89146
702-538-7824
Jamie@nevadalegalgroup.com
Attorneys for Plaintiff

/s/ Cindy Halas
An Employee of LEWIS BRISBOIS BISGAARD & SMITH LLP